JOHN S. KEDROVSKY, as Delegate of the HOLY SYNOD OF THE RUSSIAN ORTHODOX GREEK CATHOLIC CHURCH and as Archbishop of the Diocese of North America and the Aleutian Islands of Said Church, and Another, Appellants, v. PLATON ROJDESVENSKY and Another, Respondents.

JOHN S. KEDROVSKY, Individually and on Behalf of All Others Similarly Situated, etc., Respondent, Appellant, v. ARCHBISHOP AND CONSISTORY OF THE RUSSIAN ORTHODOX GREEK CATHOLIC CHURCH, Alleged Corporation, and Others, Defendants, Impleaded with PLATON ROJDESVENSKY and Others, General Board of Trustees, Appellants, and RUSSIAN CHURCH RELIEF CORPORATION, Respondent.

*Injunctions — temporary injunction in equity action denied on ground that rights of plaintiff on papers presented are in doubt.*

In the first case, appeal by the plaintiffs from an order of the Supreme Court, made at the New York Special Term and entered in the New York county clerk's office May 7, 1924, denying the plaintiffs' motion for a temporary injunction.

In the second case, cross-appeals by Platon Rojdesvensky and others, general board of trustees, from so much of an order of said court as grants the receiver's motion to confirm a referee's report directing them to deliver to the receiver certain

real properties and deeds thereto; and by the plaintiff from so much of said order as denies his motion that the Russian Relief Corporation deliver to the receiver its premises Nos. 120–124–128 Convent avenue, New York.

PER CURIAM: Since the question of the authorized representative of the true Russian church is in such doubt under these papers, we deem it best to allow the matter to be settled after a trial of the issues. The order denying the motion for a temporary injunction should, therefore, be affirmed, with ten dollars costs and disbursements, and the order confirming the referee's report should be affirmed, without costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ. On the first appeal: Order affirmed, with ten dollars costs and disbursements. On the second appeal: Order affirmed, without costs.